# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:20-CR-00522          Recorder: Anne Kielwasser          Date: 11/05/2020

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Christianna Howard                    Assistant U.S. Attorney: Ranee Katzenstein

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| FONTRELL ANTONIO BAINES, Reg # 48934-048 CUSTODY-PRESENT | ASHLEY SAYEH MAHMOUDIAN DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 12/29/2020 at 8:30 AM
   Status Conference 11/23/2020 at 3:00 PM
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: CH by TRB

cc: Statistics Clerk, PSALA USMLA

---

CR-85 (09/12)                    CRIMINAL MINUTES - ARRAIGNMENT                    Page 1 of 1

11/10/2020